UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY      :
COMMISSION,                       :   CIVIL ACTION NO. 23-cv-5760
                                  :   ECF CASE
                                  :
           Plaintiff,             :   COMPLAINT
                                  :
                                  :   JURY TRIAL DEMANDED
     v.                           :
                                  :
                                  :
ACARE HHC d/b/a FOUR SEASONS      :
LICENSED HOME HEALTH CARE         :
           Defendant.             :
------------------------------------------------------------x

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 ("Title VII"), Title I of the Civil Rights Act of 1991 to correct unlawful discrimination on the basis of race and national origin and to provide appropriate relief to Black and Hispanic employees who have been affected. The United States Equal Employment Opportunity Commission ("EEOC" or "Commission") alleges that Defendant ACARE HHC d/b/a Four Seasons Licensed Home Health Care ("Four Seasons"), from June 24, 2020, through the present, has engaged in a pattern or practice of discrimination against Black and Hispanic home health attendants ("HHAs") because of their race and/or national origin by terminating their assignments to accommodate race-based requests from patients or patient family members for a HHA of a different race or national origin.

## JURISDICTION AND VENUE

1.   Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3)

and 707(c) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.§§ 2000e-5(f)(1) and (3) and 2000e-6(c) ("Title VII"), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of New York.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Sections 706(f)(1) and (3) and 707(c) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1), (3), and 2000e-6(c).

4. At all relevant times, Four Seasons, a corporation under the laws of New York, has continuously been doing business in the State of New York and the County of Kings, and has continuously had at least 15 employees.

## ADMINISTRATIVE PROCEDURES

5. More than thirty days prior to the institution of this lawsuit, an EEOC Commissioner's charge was filed against Four Seasons alleging violations of Title VII.

6. On September 7, 2022, the Commission issued to Four Seasons a Letter of Determination finding reasonable cause to believe that Four Seasons was in violation of Title VII and inviting it to join with the Commission in informal methods of conciliation to endeavor to eliminate the unlawful employment practices and provide appropriate relief.

7. The Commission engaged in communications with Four Seasons to provide it the opportunity to remedy the discriminatory practices described in the Letter of Determination.

8. The Commission was unable to secure from Four Seasons a conciliation agreement acceptable to the Commission.

9. On February 9, 2023, the Commission issued to Defendant a Notice of Failure of Conciliation.

10. All conditions precedent to the institution of this lawsuit have been fulfilled.

## STATEMENT OF CLAIMS

11. Since at least June 24, 2020, and continuing through the present, Four Seasons has engaged in unlawful employment practices in violation of Section 703(a)(1) of Title VII, at 42 U.S.C. § 2000(e)-2(a)(1), by engaging in a pattern or practice of terminating Black and Hispanic HHAs' assignments because of their race or national origin to accommodate the preferences of clients or clients' families.

(a) Four Seasons is a Licensed Home Care Services Agency ("LHCSA") operating in New York City which, among other businesses, provides non-medical personal care services in clients' homes. Four Seasons contracts with clients or their family members to place HHAs in clients' homes to assist in tasks including dressing, showering, toileting, and other personal care services.

(b) Four Seasons employs HHAs who are assigned to a particular client to provide services in their home. HHAs are typically assigned to one or two clients and continue to provide care to the client at their home until their assignment is terminated.

(c) HHAs are licensed healthcare paraprofessionals, and may assist with bathing, dressing, eating, grooming, toileting; monitoring vital signs such as blood pressure, respiration and pulse; and may monitor a client's physical and mental health and report on their condition to their healthcare provider.

3

(d)     HHAs are hourly employees. If they are not assigned to a client they do not receive any pay.

(e)     At any one time during the relevant time period, Four Seasons employs hundreds of HHAs providing services in client's homes.

(f)     Clients or their family member contract with Four Seasons for HHA services in their home, which are usually paid for by Medicaid, Medicare, or other health insurance.

(g)     Clients or their family members communicate with Coordinators at Four Seasons who schedule and assign HHAs to patients.

(h)     Four Seasons does not inform clients that they cannot request an HHA of a particular race or national origin.

(i)     Four Seasons does not train its Coordinators that assigning or re-assigning an HHA of a particular racial or ethnic background at the client's request is illegal.

(j)     Some of the hundreds of Four Seasons clients or their family members express preferences to Coordinators for HHAs of a particular race or national origin.

(k)     Some of the hundreds of Four Seasons clients or their family members contact Coordinators to request an HHA of a race different than the one assigned to care for them or their family member.

(l)     Most of these race-based requests are for an HHA who is not Black or Hispanic.

(m)     When Four Seasons Coordinators receive requests from clients or their family members for HHAs of a different or a particular race, the Coordinator accommodates the request when an HHA of a different race is available.

(n)     As a result of complying with customers' race-based requests, Black and Hispanic HHAs are removed from their assignments. Sometimes the HHA who is removed from

their assignment goes days or weeks without another assignment. Other times they never receive a new assignment from Four Seasons and are terminated.

(o) As a result of Four Seasons' accommodation of its customers' race-based requests, Black and Hispanic HHA's are assigned to care for clients in worse neighborhoods, which means that they have longer and more dangerous commutes than non-Black or non-Hispanic HHAs.

12. Since at least June 24, 2020, and continuing through the present, Four Seasons has engaged in unlawful employment practices in violation of Section 703(a)(2) of Title VII, at 42 U.S.C. § 2000(e)-2(a)(2), by engaging in a pattern or practice of segregation or classification of its workforce by race and national origin as set forth in detail in paragraphs 11(a)-(o) above.

13. The effect of the practices complained of in paragraphs 11-12 above has been to deprive a class of Black and Hispanic HHAs of equal employment opportunities and otherwise adversely affect their status as employees, because of their race and national origin.

14. The unlawful employment practices complained of in paragraphs 11-12 above were and are intentional.

15. The unlawful employment practices complained of in paragraphs 11-12 above have been done with malice or with reckless indifference to the federally-protected rights of Four Seasons' Black and Hispanic HHAs from at least June 24, 2020, to the present.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with it, from engaging in discrimination on the basis of race and national origin.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for Black and Hispanic employees and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole aggrieved Black and Hispanic employees by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraphs 11-12 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

D. Order Defendant to pay Black and Hispanic employees punitive damages for its malicious and reckless conduct, as described in paragraphs 11-12 above, in amounts to be determined at trial.

E. Order Defendant to make aggrieved Black and Hispanicemployees whole by providing appropriate backpay with prejudgment interest, in an amount to be proved at trial, and other affirmative relief to necessary to eradicate the effects of the unlawful employment practices complained of above.

F. Grant such further relief as the Court deems necessary and proper in the public interest.

G. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Dated: July 31, 2023

                                            Respectfully submitted,

                                            Gwendolyn Young Reams
                                            Acting General Counsel

Jeffrey Burstein
Regional Attorney

/s/ Sebastian Riccardi
Sebastian Riccardi
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004-2112
Telephone: (929) 506-5340
Facsimile: (212) 336-3623